**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 2, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00438-CV

---

### IN THE INTEREST OF Z.S., A CHILD

---

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2015-02857J**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed May 25, 2016. On July 21, 2016, appellant filed a motion to dismiss the appeal as moot inasmuch as the trial court has granted a new trial. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.